# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:08-CR-0081 DPJ JCS

BRIA DANIELLE MORRIS and
JAYNITA COLEMAN

## ORDER OF DISMISSAL OF REMAINING COUNTS
## AS TO DEFENDANT BRIA DANIELLE MORRIS WITHOUT PREJUDICE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 1, 2, 4, 7, 8, 9, 10, 11 and 13 of the Indictment against defendant BRIA DANIELLE MORRIS without prejudice.

    Respectfully submitted,

    DONALD R. BURKHALTER
    United States Attorney

    /s/Dave Fulcher
By:    DAVE FULCHER
    Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Counts 1, 2, 4, 7, 8, 9, 10, 11 and 13 as to defendant BRIA DANIELLE MORRIS without prejudice.

**SO ORDERED AND ADJUDGED** this the 3rd day of December, 2009.

    s/ *Daniel P. Jordan III*
    UNITED STATES DISTRICT JUDGE