UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

V.                                                                      CRIMINAL NO. 3:08cr81DPJ-JCS

BRIA DANIELLE MORRIS

## FINAL ORDER OF FORFEITURE

WHEREAS, on February 5, 2010, this Court entered a Preliminary Order of Forfeiture, ordering defendant **BRIA DANIELLE MORRIS** to forfeit One (1) Dell Computer bearing Serial number 4940038837 and $763.00 in U.S. Currency, and

WHEREAS, the United States caused to be published via the internet at www.forfeiture.gov, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no other potential claimants were known; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to Title 18 U.S.C. § 982(a)(2) and 981(a)(1)(C), Title 28 U.S.C. § 2461, and Title 41 U.S.C. § 119;

NOW  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that **$763.00 in U.S. Currency** is hereby forfeited to the United States of America pursuant to Title 18 U.S.C. § 982(a)(2) and 981(a)(1)(C), Title 28 U.S.C. § 2461, and Title 41 U.S.C. § 119.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**SO ORDERED AND ADJUDGED** this the 27th day of May, 2010.

*s/ Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE